


# FIRST COME FIRST HONORED
## MOORISH SUPREME COURT OF EQUITY AND TRUTH
### 2530 North Calvert Street—Suite 101 - Baltimore, Maryland 21218



ALI



## HONORABLE PROPHET NOBLE DREW ALI



*...And ye shall hollow the fiftieth year and proclaim liberty throughout all the land unto all the Inhabitants thereof. It shall be a Jubilee unto you, and ye shall return every man unto his possession and ye shall return every man unto his family.*

*CHARTER WARRANT AND DISPENSATION NO. 1099—Apostille: CS# 06-02-1997-5—US Secretary of State*
*Articles of Incorporation ID D00607812 —Office of Secretary of State—Baltimore, Maryland*
*National Archives Record Group No. 147, Copy Book 521, File No. 5-39*
National Headquarters General Services Administration Washington, D.C. 20408—See Form OAAN 7003: Social Security Administration
Affidavit of Organization—Form 1099— SS#10105905 —Copy Book  521 - Page 579 - Cook County - Chicago, Illinois - 1928- August 1@ 2:52PM






# Moorish Science Temple

### THE DIVINE AND NATIONAL MOVEMENT OF
### NORTH AMERICA, INC., #13
### THE MOORISH AMERICAN NATIONAL REPUBLIC
### Post Office Box 23408—Baltimore, Maryland 21203



MATTHEW 21:42, 43, 44

## NATIONAL HEADQUARTERS

# Certificate of Registration

## MOORISH NATIONAL BUREAU OF VITAL STATISTICS

*..And ye shall hallow the fiftieth year and proclaim liberty throughout all the land unto all the Inhabitants thereof. It shall be a Jubilee unto you, and ye shall return every man unto his possession and ye shall return every man unto his family.*

In accordance with the true policies of Prophet Noble Drew Ali and Presidents Abraham Lincoln and Andrew Johnson, this document exists as a certification that the individual indicated below has taken and subscribed an oath (affirmation) of allegiance to the Constitution of the United States of America - including the Thirteenth Amendment with Twenty Sections. The individual has also proclaimed his true Free National Name, Race, Nationality, and Religion as follows:

NAME: Manestreem Gray-Bey Fourty Four aka Howard Junior Gray
DATE OF BIRTH: April 18, 1973
PLACE OF BIRTH: Boston, Massachusetts
DATE OF PROCLAMATION: October 13, 2018
LOCATION: BALTIMORE, MARYLAND

CERTIFICATE#: 026506692-13
SSAN#: xxx-xx-xxxx
NATIONALITY: Moorish American
RELIGION: Islamism
RACE: Asiatic

The ancient name **"El"** or **"Bey"** must be annexed as a suffix to the slave family name of the individual in all public and private records throughout the state, states, and nations, etc. Upon the complete implementation of Sections Sixteen and Seventeen of the Thirteenth Amendment with Twenty Sections to the U.S. Constitution, the individual will receive his full permanent ancestral name through the United States Government AND RELATED PROVISIONS THERETO (Naturalization, Colonization, Compensation).



Grand Sheik Joel Bratton-Bey, Divine Minister & National Chairman

Sheikess Annette Bellamy-Bey, Registrar

*CHARTER WARRANT AND DISPENSATION NO. 1099—Apostille: CS# 06-02-1997-5—US Secretary of State*
*Articles of Incorporation ID D00607812—Office of Secretary of State—Baltimore, Maryland*
*National Archives Record Group No. 147, Copy Book 521, File No. 5-39*
*National Headquarters General Services Administration Washington, D.C. 20408—See Form OAAN 7003: Social Security Administration*
*Affidavit of Organization —Form 1099- SS#16105905—Copy Book 521 - Page 579 - Cook County - Chicago, Illinois - 1928- August 1 @ 2:52PM*





# Moorish Science Temple

**THE DIVINE AND NATIONAL MOVEMENT OF
NORTH AMERICA, INC., #13
THE MOORISH AMERICAN NATIONAL REPUBLIC**
Post Office Box 23408—Baltimore, Maryland 21203
Phone: 410-662-9280—Fax: 443-451-8598

LEVITICUS 25:10
SECTION 16 and 17
13TH AMENDMENT
(20 SECTIONS)

MATTHEW 21:42, 43, 44

## MOORISH NATIONAL BUREAU OF VITAL STATISTICS
**Department of Mental Health and Hygiene**

### AFFIDAVIT OF LIVE BIRTH DECLARATION

STATE OF <u>Massachusetts</u> )

County of <u>Suffolk</u> )

Registered No.: **414-4438**

MNBVS Certificate of Registration No.: **026506692-13**

I, <u>**Manestreem Gray-Bey Fourty Four,**</u> being first duly affirmed, depose and say that I am of the age of <u>**45**</u> that I reside at <u>**531 Hyde Park Avenue 1st FL. Roslindale, MA 02131-9998**</u>; That I am **DECLARING for LIVE REGISTRATION OF BIRTH;** That **DECLARANT** was born on the <u>**18th**</u> day of <u>**April**</u>; year <u>**1973**</u> Gender <u>**M**</u> in the city of <u>**Boston**</u> in the State of <u>**Massachusetts**</u> time: <u>**3:30: AM**</u>

Formerly **RECORDED** as: Negro, Colored, Black or Afro-American, now **RECORDS FOR RECORD**: Annexation of Ancient Moorish Title of El or Bey to last name given at birth; Race: <u>**Asiatic;**</u> Nationality: <u>**Moorish American.**</u>

**BIOLOGICAL PARENTS FORMERLY RECORDED AS** Negro, Colored, Black or Afro-American:

Mother: <u>**Bessie Lee Gray;**</u> Mother's Maiden Name: <u>**Long;**</u> Place of Birth: <u>**AL**</u>. Race: <u>**Negro;**</u> Nationality: <u>**NONE,**</u>
Father: <u>**Junior Gray;**</u> Place of Birth: <u>**AL;**</u> Race: <u>**Negro;**</u> Nationality: <u>**NONE.**</u>

*Moorish Americans are the descendants of the Ancient Moabites who inhabited
the Northwestern and Southwestern Shores of Africa.*

*"What your Ancient Forefathers were, you are today without doubt or contradiction.
There is no one who is able to change man from the descendant nature of His Forefathers; unless
His power extends beyond the great Universal Creator ALLAH Himself".*
*Prophet Noble Drew Ali —1886-1929*

**I am DECLARING this Affidavit for the purpose of an** *Official Correction of Declarant's Record of Birth,*
**regarding Annexation of Ancient Moorish Title of El or Bey to last name given at birth, race and nationality.**
*"I Am A Citizen Of The U.S.A."*

*"I AFFIRM that the preceding information is accurate and true to the best of my knowledge"*

<u>Manestreem Gray-Bey Fourty-Four</u>     <u>12/07/2018</u>
AFFIANTS SIGNATURE     DATE

Notary Public <u>Ed. W.</u> Date: <u>12/07/18</u>  Commission <u>01/27/2023</u>

*...And ye shall hallow the fiftieth year and proclaim liberty throughout all the land unto all the inhabitants thereof. It shall be a Jubilee unto you, and ye
shall return every man unto his possession and ye shall return every man unto his family.*

*CHARTER WARRANT AND DISPENSATION NO. 1099—Apostille: CS# 06-02-1997-5—US Secretary of State
Articles of Incorporation ID D00607812—Office of Secretary of State—Baltimore, Maryland
National Archives Record Group No. 147, Copy Book 521, File No. 5-39*
**National Headquarters General Services Administration Washington, D.C. 20408—See Form OAAN 7003: Social Security Administration
Affidavit of Organization—Form 1099—SS#10105905— Copy Book 521 - Page 579 - Cook County - Chicago, Illinois - 1928- August 1@ 2:52PM**



# Moorish Science Temple
### THE DIVINE AND NATIONAL MOVEMENT OF
### NORTH AMERICA, INC., #13
### THE MOORISH AMERICAN NATIONAL REPUBLIC
### NATIONAL HEADQUARTERS



LEVITICUS 25:10
SECTION 16 and 17
13TH AMENDMENT
(20 SECTIONS)

MATTHEW 21:42, 43, 44

## MOORISH NATIONAL BUREAU OF VITAL STATISTICS
### Post Office Box 23408—Baltimore, Maryland 21203
### Phone: 410-662-9280—Fax: 443-451-8598

## OATH OF AMNESTY AND RECONSTRUCTION

I, <u>Manestreem Gray-Bey Fourty Four,</u> do solemnly affirm in the presence of **Almighty God ALLAH**, that I must
(Print Name)
henceforth faithfully support, protect and defend the Constitution of the United States and the Union of the States there-
under; and that I must in like manner abide by and faithfully support all Acts of Congress passed during the existing re-
bellion with reference to slaves, so long and so far as not repealed, modified, or held void by decision of the Supreme
Court; and that I must in like manner abide by and faithfully support all Proclamations of the President made during the
existing rebellion having reference to persons held as slaves, so long and so far as not modified or declared void by de-
cision of the Supreme Court, so help me ALLAH.

**IN WITNESS WHEREOF**, I have hereunto set my hand, and caused the **SEAL** of the **MOORISH AMERICAN
NATIONAL REPUBLIC GOVERNMENT** to be **AFFIXED:**

Executed at the City of <u>Baltimore</u> in the State of <u>Maryland,</u> on this <u>13th</u> day of <u>October,</u> in the year <u>2018</u>.
WITNESS:

Signature - Our Authority Form 1099

Sheikess Annette Bellamy-Bey—National Registrar

Grand Sheik Jock Bey-or-Bey, Divine Minister - National Chairman & Solicitor General



*...And ye shall hallow the fiftieth year and proclaim liberty throughout all the land unto all the inhabitants thereof. It shall be a Jubilee unto
you, and ye shall return every man unto his possession and ye shall return every man unto his family.*

**CHARTER WARRANT AND DISPENSATION NO. 1099—Apostille: CS# 06-02-1997-5—US Secretary of State**
*Articles of Incorporation ID D00607812—Office of Secretary of State—Baltimore, Maryland*
**National Archives Record Group No. 147, Copy Book 521, File No. 5-39**
**National Headquarters General Services Administration Washington, D.C. 20408—See Form OAAN 7003: Social Security Administration**
**Affidavit of Organization—Form 1099— SS#10105905 Copy Book  521 - Page 579 - Cook County - Chicago, Illinois - 1928- August 1 @ 2:52PM**



**MOORISH SUPREME COURT OF EQUITY AND TRUTH**
**2530 North Calvert Street– Suite 101**
**Baltimore, Maryland 21218**



LEVITICUS 25:10
SECTION 16 and 17
13TH AMENDMENT
(20 SECTIONS)

MATTHEW 21:42, 43, 44

# AFFIDAVIT

Deriving Supreme Power and
Authority: Great Koran of
Mohammed/Circle Seven. Chap.
35 Verse 23; USA Constitution;
Original President Lincoln's
Proclamations of Sept 22, 1862,
Dec. 1, 1862, Jan. 1, 1863, Dec. 8,
1863, Inclusive of Amendment 13
with 20 Sections; Our Authority
Form 1099

## ANNEXATION OF "El" OR "BEY"
## TO LAST NAME GIVEN AT BIRTH

U.S. Supreme Court Decision, of
April 15, 1872, Concerning "Trial
of Society", Etc., Watson v.
Jones, 13 Wallace, United States,
Supreme Court Reports, Page
679; Hurd's Revised Statutes,
Chapters 32-36—Department of
Justice File #: BM.SHR.1WD144-35-0
*CHARTER WARRANT AND DISPEN-
SATION NO. 1099—CS8 06-02-1997-5*

**BE IT KNOWN,** That Annexation of the Ancient Hebrew **"El"** or
**"Bey"** to last names given at physical birth is Lawful and does not
require a Court Order. **"El"** and **"Bey"** are our Free National Names
for Moorish Americans who have been Naturalized and Registered in the Moorish National Bureau of Vital Statistics. Annexation is the act of
attaching, adding, joining, or uniting one thing to another; generally spoken of the connection of a smaller or subordinate thing with a larger or
principle thing. *See Black's Law Dictionary, 4th Edition.*

**FURTHER,** The affiant is not changing the actual "given name" at physical birth. It takes a Court Order to do that when one wants to drop
the name they were born under. One does not need a Court Order to change a sound, pronunciation of a name, person, place or thing. *See U.S.
Supreme Court Decision, April 15, 1872, "Concerning Trial of Society", Etc., Watson vs. Jones, 13 Wallace U.S. Supreme Court Reports,
Page 679.*

**FURTHER,** These annexations are to be presented to the courts, governments, state, states, and nations and their authorities in various Agen-
cies, Registration Offices, Vital Statistics Bureau, etc., where individuals are registered under the name given to he or she at physical birth.
Proof of the correction of these documents are to be presented to the agency the individuals are requesting to make this change.

**WE DERIVE OUR AUTHORITY: Form 1099**, Copy Book 521, Page 579, State of Illinois, County of Cook, SS# 10105905, Corpora-
tion-Religious—Affidavit of Organization, 1 August 1928, @ 2:52 PM; SEE Hurd's Rev. Stat., Chap. 32-36, Our Charter Warrant & Dispensa-
tion No. 1099 from the State of Connecticut; Pursuant to the Moorish Science Temple of America's Divine Constitution & By-Laws, ACTS
IV and VI and the Great Koran of Mohammed, Sura 3, Page 150, A104-109, and

**PURSUANT** to President Abraham Lincoln's four Emancipation Proclamations: *The Initial Emancipation Proclamation — September 22,
1862; Compensated Emancipation Proclamation — December 1, 1862; The Supplemental Emancipation — January 1, 1863; Oath of Amnesty
and Reconstruction — December 8, 1863, inclusive of the Thirteenth Amendment with Twenty Sections, Ratified November 18, 1865 of which
Said Proclamations were warranted as permanent parts to the Constitution of the United States of America.*

SIGNED BY: _Grand Sheik Joel Bratton Bey_ _10/13/19_
**Grand Sheik Joel Bratton-Bey, Chief Judge**                    **Date**

'I AFFIRM that the preceding information is accurate and true to the best of my knowledge"

_Mainastreeam Gray-Bey Frousty-Four_ _10/15/2018_
AFFIANT SIGNATURE                                      DATE

Notary Public: _Edl. Wcf_ Date: _10/15/18_ Commission Expires: _01/27/202_

*...And ye shall hallow the fiftieth year and proclaim liberty throughout all the land unto all the Inhabitants thereof. It shall be a Jubilee unto you, and ye shall return every man unto his possession
and ye shall return every man unto his family.*

*CHARTER WARRANT AND DISPENSATION NO. 1099—Apostille: CS8 06-02-1997-5—US Secretary of State
Articles of Incorporation ID D00607812—Office of Secretary of State—Baltimore, Maryland
National Archives Record Group No. 147, Copy Book 521, File No. 5-39*
**National Headquarters General Services Administration Washington, D.C. 20409—See Form OAAN 7003; Social Security Administration
Affidavit of Organization—Form 1099-SS10105905— Copy Book 521 - Page 579 - Cook County - Chicago, Illinois - 1928- August 1@ 2:52PM**



EDWARD L. WARREN JR.
Notary Public
~~~~~~~~~~~~~
mmission Expires
~~ 27, 20~~

# MOORISH AMERICAN NATIONAL REPUBLIC





LEVITICUS 25:10
SECTION 16 and 17
13TH AMENDMENT
(20 SECTIONS)

MATTHEW 21: 42, 43, 44

Certificate No. 414-4438

## CERTIFICATE OF

## NATURALIZATION

**P**ersonal description of holder
as of date of naturalization.

Petitioner's Identity:
   **ManeStreem Gray-Bey Fourty-Four**

Day of birth: **April 18, 1973**

Nationality: **Moorish American**

Race: **Asiatic / White**

Religion: **Islamism**

Marital Status: **Single**

Government of former

 Jurisdiction: **United States**
              **Federal Corporation**

Sex: **Male**

Height: **5'6"**



IT IS PUNISHABLE BY MOORISH LAW TO COPY,
PRINT, OR PHOTOGRAPH THIS CERTIFICATE
WITHOUT LAWFUL AUTHORITY.

**MNBVS** Registration No. 026506692-13

I certify that the description is true and that the photograph affixed hereto is a likeness of me.

*Manestreem Gray-Bey Fourty-Four*

(Complete and true signature of holder)

**BE IT KNOWN** *that pursuant to an application filed with the National Registrar at: Baltimore County Maryland*

*The National Registrar having found that:*

IN RE:Already residing publicly as a persona ficta within the United States Federal Corporation, the private Petitioner, freely of their own will, gives consent and their intent to be colonized upon this American Continent [Egypt of the West] or Elsewhere under the Divine Authority of the Honorable Prophet Noble Drew Ali, Charter Warrant and Dispensation No. # 1099, and in accordance with the U. S. A. Constitution of 1787 [Article 1 Section 8 Clause 4] and the Articles of Amendment not contrary to it, the initial colonization Emancipation Proclamation of September 22, 1862 , Compensated Emancipation Proclamation of December 1, 1862 [warranted and made a permanent part to the Constitution on December 15, 1862], Supplemental Emancipation Proclamation January 1, 1863 and the Proclamation of Amnesty and Reconstruction December 8, 1863, with special emphasis given to the Hebrew / Mosaic Code -- Nehemiah 7--the predecessor of the "Light" of Freedom entitled "Thirteenth Article of Amendment With TWENTY Sections."

In preservation of "The Union" and the Constitutions thereof, and adhering to the Naturalization Provision of the Executive Will of President Abraham Lincoln, in fact, lawfully entitled and endowed with the power to admit said Petitioner as a "naturalized" Moorish American Citizen to this land of the Americas in one of the States of "The Union" Republic by Ancestral Identity (jus soli), Nationality-Birthrights (jus sanguinis) and merit of de jure Constitutional law, and has done so, in order to "[...] proclaim liberty throughout all the land unto all the inhabitants thereof: it shall be a jubilee unto you; and ye shall return every man unto his possession, and ye shall return every man unto his family." -Leviticus 25:10.

Moorish Supreme Court of Equity and Truth
at:
Baltimore County, Maryland Republic on: October 13, 2018.
the Petitioner, a "naturalized" Moorish American, a Living Soul is admitted as a Citizen of the "The Union" Republic of 1787, temporary locality of existence: **Maryland Republic**

*Bruce D. J. Bey Sheik*

Moorish Supreme Court of Equity and Truth, Judge Signatory

*Annette Bellamy-Bey, Sheikess*

MNBVS Official Authorized Signatory

## MOORISH NATIONAL BUREAU OF VITAL STATISTICS

1406 Laurons Street
Baltimore 17, Md.
8/11/44

Dear Sir

    This from Mr. Richardson Dingle El
       I request that National Headquarter call in all of the Moors
and have all of their Records change according to our Authority,
now you all can see how it is being done and I am sending one of
our Nationality card and other paper bearing the correct name as
proof some of the one whom you all request of whom corporate with
us in this great change are as follows.

      A. Mr. John J. Corson  Director
         Social Security Board
      B. Mr. W. Leon Elgin Commissioner of motor Vehicle
      C. Mr. Forrest Bromble presedont Board of School
         Commissioners

      Number of thy first form are as follow

    Form O A A N-7003
         Federal Security Agency  Social Security Board
            July 1939

               Very Truly Yours

      Mr. Richardson Dingle-El    and    (Aide)

sgd/              Mr. Richardson Dingle-El and (Aide)

COPY FROM THE NATIONAL ARCHIVES Record Group No. 147

Form 1099-147

Asian or Pacific Islander - All persons
having origins in any of the original
peoples of the Far East, Southeast Asia.
the Indian Subcontinent, or the Pacific
Islands.  This area includes, for example,
China, Japan, Korea, the Philippine
Islands, and Samoa.

American Indian or Alaska Native - All
persons having origins in any of the
original peoples of North America, and
who maintain cultural identification
through tribal affiliation or community
recognition."

   After reviewing your documentation and the guidelines,
it is felt that you can be classified in the White
category.

   A copy of this letter will be forwarded to the
Baltimore Human Resources Office.  Please contact Ms. Roe
to complete the appropriate documentation to change your
race to White.  Until that time, your personnel records
will remain unchanged.

                          Sincerely,


                          N. J. Fossett
                          Sr. Director
                          Human Resources Operations


cc:  T. Roe
     J. Trimble

March 5, 1984

Mr. Daniel Berryman-Bey
2010 North Charles Street
Baltimore, MD 21201

Dear Mr. Berryman-Bey:

The furnished documentation, denoting your request to change your race/ethnic designation from Black to White, was forwarded to the Affirmative Action Office (in Washington, DC) by Ms. Tangela Roe of the Baltimore Human Resources Office.

The Equal Employment Opportunity Commission's guidelines establish a procedure which is based on standards for employers to follow. This publication, in part, states race/ethnic identification as follows:

"Race/Ethnic designations as used by the Equal Employment Opportunity Commission do not denote scientific definitions of anthropological origins. For the purposes of this report, an employee may be included in the group to which he or she appears to belong, identifies with, or is regarded in the community as belonging. However, no person should be counted in more than one race/ethnic group. The race/ethnic categories used for this survey are:

White (Not of Hispanic Origin) — All persons having origins in any of the original peoples of Europe, North Africa, or the Middle East.

Black (Not of Hispanic Origin) — All persons having origins in any of the Black racial groups of Africa.

Hispanic — All persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race.

AN EQUAL OPPORTUNITY EMPLOYER

Name Correction

Race…Asiatic


Political Status…White. I am making a Public Notice of Name correction and racial designation of White: Asiatic/Moor pursuant to Federal codes 463 and 667 to effectuate my proclamation.


Nationality…Moorish-American: We are Moorish-American because of *Jus Soli* & *Jus Sanguinis*. The right of Blood and the Law of the place of one's birth. The Law of One's Descent or Parentage. We are descendants of Moroccans born in America.


According to all true and divine records of the human race there is no Negro, black, or colored race attached to the human family, because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery. I have proclaimed my Nationality and Divine Creed and have taken the Oath of Amnesty and Reconstruction (A Proclamation December 8, 1863) to make it known that I am part and parcel of this said Government.


Ethnicity…Moor

Compensated Emancipation Proclamation----December 1, 1862 (Second Annual Address to Congress) "These resolutions were adopted by 78 yeas to 52 nays----the yeas all Republic, save two and the nays all Democrats, save seven.

The proclamation of September 22, 1862 was very generally endorsed and upheld by the People at large; and in accordance with its promise, it was followed at the appointed time, January 1, 1863, by the supplemental Proclamation specifically Emancipating the Slaves in the rebellious parts of the United States in the following terms:

"Whereas on the Twenty second day of September, in the year of our Lord one thousand eight hundred and sixty-two, a proclamation was issued by the President of the United States, containing, among other things, the following, to wit: " That on the first day of January, in the year of our Lord one thousand eight hundred and sixty-three, all Persons held as Slaves within any State, or designated part of a State, the people whereof shall then be in rebellion against the United States, shall be then thenceforward, and forever Free; and the Executive Government of the United States, including the Military and Naval Authority thereof, will recognize and maintain the Freedom of such Persons, and will do no act or acts to repress such persons, or any of them, in efforts they may make for their actual Freedom".

"By the President:                          **ABRAHAM LINCOLN.**

"William H. Seward,

"Secretary of State".


**Salvation**


**Allah**


**Unity**

# The Moorish Science Temple
## of America
### THE DIVINE CONSTITUTION AND BY-LAWS

**ACT 1:** The Grand Sheik and the chairman of the Moorish Science Temple of America is in power to make law and enforce laws with the assistance of the Prophet and the Grand Body of the Moorish Science Temple of America. The Assistant Grand Sheik is to assist the Grand Sheik in all affairs if he lives according to Love, Truth, Peace, Freedom, and Justice, and it is known before the members of the Moorish Science Temple of America.

**ACT 2:** All meetings are to be opened and closed promptly according to the Circle Seven and Love, Truth, Peace, Freedom, and Justice. Friday is our Holy Day of rest, because on a Friday the first man was formed in flesh and on a Friday the first man departed out of flesh and ascended unto his father God, Allah, for that cause Friday is the Holy Day for all Moslems all over the world.

**ACT 3:** Love, Truth, Peace, Freedom, and Justice must be proclaimed and practiced by all members of the Moorish Science Temple of America. No member is to put in danger or accuse falsely his brother or sister on any occasion at all that may harm his brother or sister, because Allah is Love.

**ACT 4:** All members must preserve these Holy and Divine laws, and all members must obey the laws of the government, because by being a Moorish American, you are a part and parcel of the government, and must live the life accordingly.

**ACT 5:** This organization of the Moorish Science Temple of America is not to cause any confusion or to overthrow the laws and constitution of the said government but to obey hereby.

**Act 6:** With us all members must proclaim their nationality and we are teaching our people their nationality and their divine creed that they may know that they are a part and a parcel of this said government, and know that they are not Negroes, Colored Folks, Black People, or Ethiopians, because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery, but this is a new era of time now, and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth, this is the reason why Allah the Great God of the universe ordained Noble Drew Ali, the Prophet to redeem his people from their sinful ways. The Moorish Americans are the descendants of the ancient Moabites whom inhabited the North Western and South Western shores of Africa.

**Act 7:** All members must promptly attend their meetings and become a part and a parcel of all uplifting acts of the Moorish Science Temple of America. Members must pay their dues and keep in line with all necessities of the Moorish Science Temple of America, then you are entitled to the name of "Faithful." Husband, you must support your wife and children; wife, you must obey your husband and take care of your children and look after the duties of your household. Sons and daughters must obey father and mother and be industrious and become a part of the uplifting of fallen humanity. All Moorish Americans must keep their hearts and minds pure with love, and their bodies clean with water. This Divine Covenant is from your Holy Prophet Noble Drew Ali, through the guidance of his Father God Allah.



**Noble Drew Ali**
**Founder**
### MOORISH AMERICAN PRAYER
Allah the Father of the universe, the Father of Love, Truth, Peace, Freedom and Justice. Allah is my protector, my guide, and my salvation by night and by day, through his Holy Prophet Drew Ali. "Amen."

### THE MOORISH SCIENCE TEMPLE OF AMERICA

Home Office: 37th & Federal St.

Chicago, IL U.S.A.

41



COPY BOOK 521, FILE NO. 5-39
NATIONAL ARCHIVES
NATIONAL HEADQUARTERS
GENERAL SERVICES ADMINISTRATION
WASHINGTON, DC 20405
LEVITICUS 25-10,-13TH AMEND.
WITH 20 SECTIONS - 16 & 17
NATIONAL RECORD GROUP NO.147
SEE S.S.A. FORM O.A.AN 7003

**IDENTIFICATION**

RICHARDSON and TIMOTHY DINGLE EL 1978

**Manestreem Gray-Bey Fourty-Four**
209 Harvard Street 1-FL
Dorchester, MA 02124

DOB: 4/18/1973
Race: Asiatic
Sex: M
Height: 5'6
Hair: Black
Eye Color: Brown
Blood Type: A-



: AFFIRM that the preceding information is accurate and true to the best of my
knowledge"

Manestreem Gray-Bey Fourty-Four   _Manestreem Gray-Bey Fourty-Four_   7/8/20

AFFIANT'S Signature                                                      Date:

Notary Public: _Ed. War_    7/8/20                    01/27/2023

                             Date:                   Comission:



EDWARD L. WARREN JR.
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
January 27, 2023

## OUR AUTHORITY

(COPY)
BOOK 521                    PAGE 579
                    State of Illinois, Cook County ss.
                    No. 10105905
                                    Filed for Record
CORPORATION --Religious __ Affidavit of Organization Form
No. 1099
STATE of ILLINOIS.
County of Cook

                        ss
                1928 AUG. 1 PM 2:52
                AND RECORDED IN
                BOOK            PAGE

    I, NOBLE DREW ALL, .............................Recorder
                    Salomes Jasconowkic

MOORISH SCIENCE TEMPLE OF AMERICA......held
at.............. Chicago............in the County of COOK
AND State of Illinois, on the .....................20th.........day of
.........July................A.D. 1928, for that purpose, the fol-
lowing persons were appointed...................SHEIKS.........
........................... according to the rules and usages of such

MOORISH SCIENCE TEMPLE OF AMERICA

do solemnly swear that at a meeting of the members of the
NOBLE DREW ALI, MEALY EL, SMALL BEY, LOVETT
BEY and FOREMAN BEY. The Moorish Science Temple
of America deriving its power and authority from the Great
Koran of Mohammed to propagate the faith and extend the
learning and truth of the Great Prophet of ALI in America,
to appoint and consecrate Missionaries of the Prophet and
to establish the Faith of Mohammed in America.
        And said MOORISH SCIENCE TEMPLE OF AMERI-
CA adopted as its corporate name, the following MOORISH
science TEMPLE OF AMERICA.......................................
..............................................................................................
        And at said meeting, this affiant acted as Presiding Officer
Subscribed and Sworn to Before me,
............20th ..................................................................day of

........July.........................A. D. 1928
                            Drew Ali............ .
                    Roberta W. Counull
                        Notary Public

SEE Hurd's Rev. Stat., 32-36, *Or Appointed *Warden *Vestrymen,
or whatever name they may adopt.

96

# Moorish Science Temple



## THE DIVINE AND NATIONAL MOVEMENT OF NORTH AMERICA, INC., #13
## THE MOORISH AMERICAN NATIONAL REPUBLIC

# NATIONAL HEADQUARTERS
## MOORISH NATIONAL BUREAU OF VITAL STATISTICS
Post Office Box 23408—Baltimore, Maryland 21203 Phone: 410-662-9281 — Fax 443-451-8598

### AFFIDAVIT OF NON-TAXPAYER EXEMPT STATUS

For the purpose of this Affidavit, the term "United States" means only the Federal legislative democracy of the District of Columbia (D.C.), Puerto Rico, U.S. Virgin Islands, Guam, American Samoa, and any other territory within the "United States" which entity has its origins from the Organic Act of 1871 being the new government that was placed in this District. The term "United States" is NOT to be construed to mean or include the 48 Union State Republics which is the U.S.A. pursuant to Title 4 of the United States Code, Section 1. The United States Codes (USC) and the Codes of Federal Regulations (CFR) are so cited for illustrative purposes.

Union State Massachusetts Republic Suffolk County

Affidavit: non-Taxpayer Exempt Status

KNOW ALL MEN AND WOMEN BY THESE PRESENTMENTS, that the Affiant, BEING FIRST DULY AFFIRMED, deposes and states:

The Affiant is a Natural person competent to make this Affidavit and possess full BIRTHRIGHTS and UNALIENABLE RIGHTS by virtue of being under the Jurisdiction of the Emancipation Proclamations of President Abraham Lincoln including the Article of 13<sup>th</sup> Amendment with its Twenty sections and also being under the Divine Authority of the Honorable Prophet Noble Drew Ali with the Charter of Warrant and Dispensation number 1099. Both, the Jurisdiction and Divine Authority, are prior to the fraudulent bankruptcy and in good faith for the purpose of avoidance, not evasion, do state as actual and constructive notice on the record:

Neither born or naturalized in the United States nor subject to its jurisdiction. The Affiant is NOT, as described in 26 CFR 1.1-1(c) and the 14<sup>th</sup> Amendment, a "United States citizen". The Affiant is a Citizen of the U.S.A. or a U.S. Citizen (Capital "C") which described in Article Four, section Two of the Constitution for the U.S.A. and therefore, the Affiant is an "alien" with respect to the United States. See, 109 US 3 1883 the Supreme Court declared the 13<sup>th</sup>, 14<sup>th</sup>, 15<sup>th</sup> Amendment void and unconstitutional.

The Affiant is NOT, as described in 26 USC 86 5(g)1(A), "a resident of the United States"

The Affiant has NEVER made, ANY "knowingly intelligent acts" (Brady vs U.S.,397 US 742,748) nor ANY voluntary election under 26 USC 6013 nor 26 CFR 1.871-4 to be treated as an "United States resident alien" for any purpose -- further, the Affiant has utterly NO intention of making any such election now or in the future.

The Affiant, as described in 26 USC 865(g)(1)(B), is a "nonresident" of the United States.

The Affiant is NOT, as described in 26 USC 7701(a)(30), a United States person"

The Affiant is NOT, as described in 26 USC 7701(a)(14), a taxpayer.

The Affiant does NOT have, as described in 26 USC911(d)(3), a "tax home within the United States".

The Affiant is therefore, described in 26 CFR 1.871-2 and 26 USC 7701(b), a "nonresident alien" with respect to the United States

and the Affiant is outside the general venue and jurisdiction of the United States.

The Affiant is NOT, as described in 26 USC 3401, an "officer" or an "elected official" of the United States, of a State, or any political subdivision thereof, nor of the District of Columbia.

The Affiant is NOT, as described in 31 USC 3713, a "fiduciary" or described in 26 USC 6901, a "transferee" or a "transferee of a transferee".

The Affiant is NOT, as described in 26 USC Subtitle B, a "donor" or a "contributor" and as a nonresident alien, the Affiant is excluded under 26 USC 2501(a)(2) and therefore exempt from any gift tax under 26 USC Subtitle B.

As a nonresident alien, the Affiant is NOT required by law to submit a United States Taxpayer Identification Number (TIN) or a Social Security Number (SSN) because of his exemption under 26 CFR 301.6109-1(g)—further, the Affiant is NOT required by law to make, as described, in 26 CFR 1.6015(i)-1 a "declaration" because the Affiant is exempt under 26 CFR 1.6015(i)-1 and "fundamental" Law.

As a nonresident alien, the Affiant has NO "self-employment income" (SSEE 26 CFR 1.1402(b)-3(d).

As a nonresident alien, the Affiant's PRIVATE-SECTOR REMUNERATION is "from sources WITHOUT the United States" as described in 26 CFR 1.1441-3(a) does NOT constitute 26 USC 3401 "wages" and is therefore NOT "subject to" mandatory withholding under 26 USC 3402(a). 3101(a), or 26 CFR 1.144-1 because of its EXEMPTION under 26 USC 3401(a)(6) and fundamental Law.

As a nonresident alien, the Affiant NEVER did intentionally make, with ANY "knowingly intelligent acts" ANY voluntary withholding "agreement" as described in 26 USC 3402(p).

As a nonresident alien, the Affiant's income is NOT includible in "gross income" under Substitute A and is Exempt from withholding according to 26 CFR 1.1441-3(a) and 26 CFR 31.3401(a)(b)-1(d)

As a nonresident alien, the Affiant's PRIVATE SECTOR non- United States income is EXEMPT from all federal tax under fundamental Law according to United States v. Morris, 125 F. Rep 325, 331 and Treasury Decision 3146 & 3640.

The Affiant is NOT a 26 USC 7203 "person required" as the Affiant is a non-Taxpayer outside both general and tangential venue and jurisdiction of Title 26, United States Codes.

The Affiant is "non-Domestic/Zip Exempt" in relation to the Delivery and Forwarding of U.S. Postal Mail to and from himself as the Zip Code is a numerical code that identifies areas WITHIN the United States and its territories whereas the IRS has adopted ZIP code areas as "Internal Revenue Districts" in accordance to Title 26 USC section 7621. The Affiant is, therefore, not subject to the jurisdiction of these "Districts" due to the fact that the Affiant's Jurisdiction is WIITHOUT the United States.

AS a "Private Citizen" (SEE Article Four, section Two of the Constitution for the U.S.A.), a Beneficiary of this Vast Estate of the Honorable Prophet Noble Drew Ali, a Free National Moorish American Citizen, a nonbelligerent, NOT a corporation, as well as a "nonresident alien" with respect to the federal "United States", the Affiant did NOT voluntarily NOR intentionally waive, with ANY "knowingly intelligent acts", ANY of his Birthrights NOR Unalienable rights, and has utterly NO intentions of doing so in the future; Without Recourse, the Affiant does claim and reserve all rights, remedies, defenses (statutorily and procedurally), and retain full secured power, privileges, prerogatives, and rights protected by the Constitution of the U.S.A. and enjoy the advantages thereof, at all times—in all places—any prima facie evidence or presumptions to the contrary is hereby rebutted.

The Affiant declares that any past signatures on Department of the Treasury/Internal Revenue Service (IRS) forms, statements, etc., were in error and involuntarily made without FULL DISCLOSURE from the IRS or its tax preparers concerning the Affiant's previous lawful status as confiscated property, a slave, under the Confiscation Act of 1861 which violates the 5th Amendment of the Constitution for the U.S.A.; thereby nullifying and making void the Affiant's alleged tax liability. It is a record of fact that the Affiant's fore- parents were slaves who hadn't been naturalized in accordance with The Executive Will of President Abraham Lincoln's Emancipation Proclamation, thus their legal status, and their children's, remained that of confiscated property. These slaves are more commonly recognized and classified today by the titles of Negro, Colored, Black, Ethiopian, etc.

The Affiant is now a true American Citizen as he has been naturalized, or is in the midst of the naturalization process that is in accordance with Article 1 section 8 clause 4 of the Constitution for the U.S.A. and the Executive Will of President Abraham Lincoln's Emancipation Proclamation, through the Moorish Science Temple, The Divine and National Movement of North America, Inc. #13, The Moorish American National Republic.

The Affiant, now knowing that the 16th Amendment of the Constitution for the U.S.A., which allegedly created the income tax, was never properly ratified and as being such, UNCONSTITUTIONAL. By way of admission through an internal memorandum issued by the Commissioner of the Internal Revenue Service, Roscoe L. Egger, Jr., whom held office from 1981 to 1986. See attachment 1, copy and manuscript of the above mentioned memorandum dated April 4, 1985.
Pursuant to Title 28 USC 1746(1) and executed "without the United States", I AFFIRM under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct to the best of my knowledge at the time of signing.

Further This Affiant Saith Not.

Subscribed, sealed, and AFFIRMED to this 5th day of, 20 19 . November

I hereby affix my own autograph to all of the above AFFIRMATIONS with explicit reservations of all my rights & liberties and Without Recourse to ANY of these rights or liberties pursuant to OUR AUTHOURITY Form 1099. Anyone desiring to rebut this Affidavit must be properly authorized to do so point-by-point, responsively, definitively, and with competent evidence duly on the record.

By:
Affiant's Autograph _Klonestheen Hray-Bey Foofty-Four_
State of Massachusetts Suffolk County

I hereby certify that on this 5th day of November, 20 19 .the above Affiant, whom I know, or has Identification satisfactory proven to me, appeared to attest and affirm that he is the one executing the foregoing document.

I, THEREFORE, set my hand and seal in AFFORMATION to the execution thereof.

Notary Public in and for the State of Suffolk

Notary Public: _____.

Notary Seal

My Commission Expires: 02/06/2026

