# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MANESTREEM GRAY-BEY: FOURTY-FOUR, <br><br> Plaintiff, <br><br> v. <br><br> 42 U.S. Code 654(3) MASSACHUSETTS DEPARTMENT OF REVENUE CHILD SUPPORT ENFORCEMET DIVISION, et al., <br><br> Defendants. | Civil Action No. 20-12042-DJC |

## ORDER

**CASPER, J.**                                                                                                                                              June 30, 2021

Plaintiff Manestreem: Gray-Bey: Fourty-Four ("Gray-Bey") was granted leave to proceed *in forma pauperis* on March 17, 2021. D. 4. At that time, he was advised that his complaint is subject to dismissal and was directed to file an amended complaint by April 16, 2021. Id. The Memorandum & Order ("Order") advised Gray-Bey that his complaint failed to present facts to support a plausible claim for relief pursuant to 42 U.S.C. § 1983. Id. The Order also explained that this Court does not have diversity jurisdiction and that Gray-Bey's challenge to a state court proceeding is barred by the Younger abstention and Rooker-Feldman doctrines. Id.

One week later, on March 24, 2021, Gray-Bey filed a document titled "Writ of Injunction." D. 5. This filing consists primarily of disconnected legal references that fail to meaningfully respond to the Order. Id. Instead of pleading facts in support of his claims, Gray-Bey "moves the court to request discovery from the [defendants in this case] to validate their claim [that Gray-Bey is obligated to pay child support]." Id. at 1. Gray-Bey has made no further filings.

Gray-Bey failed to file an amended complaint and has not demonstrated good cause why this action should not be dismissed.

Based upon the foregoing and in accordance with the Court's prior Order, D. 4, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The Clerk shall enter a separate Order of Dismissal.

**SO ORDERED.**

/s/ Denise J. Casper
Denise J. Casper
United States District Judge